IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **CHARLI LESLIE and KAIPO KAEO KAAHU-MAHI, Individually and as Co-Personal Representatives of The Estate of V.K.M.,** | CIVIL NO. _____ |
| Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| vs. | |
| **UNITED STATES OF AMERICA, DR. JESSICA DUKE, HAWAII EMERGENCY PHYSICIANS ASSOCIATED, INC. and DOES 1-10,** | |
| Defendants. | |

## DEMAND FOR JURY TRIAL

COME NOW Plaintiffs above named, by and through their counsel, SRB HAWAII LAW LLLC, and hereby demand trial by jury on all issues triable by jury herein for claims made as to Dr. Jessica Duke and Hawaii Emergency Physicians Associated only.

DATED:  Honolulu, Hawaii, December 23, 2025.

 /s/ *Stephen R. Brzezinski*
STEPHEN R. BRZEZINSKI
Attorney for Plaintiff